NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BILLIEJEAN POOLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00025-ODW<br><br>**ORDER TO REMAND REMOVED ACTION**<br><br>[COUNTY OF LOS ANGELES SUPERIOR COURT; CASE NO. 22STCV25401] |

ORDER TO REMAND REMOVED ACTION
Case No. 2:24-cv-00025

1

**ORDER**

2    Having reviewed the above stipulation of the parties and good cause appearing therefor,

3    IT IS HEREBY ORDERED THAT the above-captioned action be remanded to the Superior

4 Court of the State of California, County of Los Angeles, 312 North Spring Street, Los Angeles, CA

5 90012, Case No. 22STCV25401.  Each party shall bear its own fees and costs attributable to removal

6 and the remand of this action.

7    The Clerk of the Court shall close this case.

8

9    **IT IS SO ORDERED.**

10

11

12    Dated:  January 22, 2024

13    The Honorable Otis D Wright, II
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28